John F. Brenner
**PEPPER HAMILTON LLP**
Suite 400 301 Carnegie Center
Princeton, New Jersey 08543-5276
Telephone: (609) 452-0808
*Attorneys for Plaintiffs*
*Astellas US LLC and*
*Astellas Pharma, Inc.*

**ORDER ON ORAL MOTION**

Liza M. Walsh
Hector D. Ruiz
**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Facsimile: (973) 535-9217
*Attorneys for Defendant*
*Nycomed US Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

------------------------------x
ASTELLAS US LLC and            :
ASTELLAS PHARMA INC.,          :    Civil Action No. 10-cv-5599 (WJM)
                               :    (MF)
     Plaintiffs,               :
                               :
         v.                    :
                               :    [~~PROPOSED~~] **STIPULATION AND**
NYCOMED US INC.,               :    **ORDER EXTENDING EXPERT**
                               :    **DISCOVERY DEADLINES**
     Defendants.               :
------------------------------x

THIS MATTER having come before the Court on application by Connell Foley LLP, attorneys for Defendant Nycomed US Inc. (now known as "Fougera") and Plaintiffs Astellas US LLC and Astellas Pharma, Inc. (collectively "Astellas"), who together seek an extension of certain expert discovery deadlines; and the parties have stipulated to same, and for good cause shown, it is hereby:

2617412-01

**ORDERED** that the following dates set forth in the Pretrial Scheduling Order dated January 31, 2011 [D.E. 34] are hereby amended and rescheduled as follows: Opening expert reports shall be delivered by January 27, 2012, Responsive expert reports shall be delivered by March 9, 2012, and all expert discovery shall be completed by April 13, 2012; and it is further

**ORDERED** that Astellas will not oppose Fougera's motion to amend its contentions to add the obviousness-type double patenting contentions previously provided to Astellas. Fougera will not move to add any of the additional Section 112 defenses it proposed. Subject to this Order, neither party will oppose the supplementation of the contentions with the additional references each party has previously identified to the other.

We hereby consent to the entry of the within order.

| | |
|---|---|
| *s/ John F. Brenner* | *s/ Liza M. Walsh* |
| John F. Brenner | Liza M. Walsh |
| PEPPER HAMILTON LLP | Hector D. Ruiz |
| Suite 400 | CONNELL FOLEY LLP |
| 301 Carnegie Center | 85 Livingston Avenue |
| Princeton, New Jersey 08543-5276 | Roseland, New Jersey 07068 |
| Telephone: (609) 452-0808 | Telephone: (973) 535-0500 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| *Astellas US LLC and* | *Nycomed US Inc.* |
| *Astellas Pharma, Inc.* | |

Dated: December 7, 2011

SO ORDERED.

_____
Hon. Mark Falk, U.S.M.J.

2

2617412-01