John F. Brenner
**PEPPER HAMILTON LLP**
(A Pennsylvania LLP)
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 452-0808
*Attorneys for Plaintiffs Astellas US LLC
and Astellas Pharma Inc.*

Liza M. Walsh
Hector D. Ruiz
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Facsimile: (973) 535-9217
*Attorneys for Defendant and Counterclaimant
Fougera Pharmaceuticals Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTELLAS US LLC and ASTELLAS PHARMA INC., <br><br> Plaintiffs, Counterclaim Defendants, <br><br> v. <br><br> FOUGERA PHARMACEUTICALS INC., <br><br> Defendant, Counterclaimant. | Civil Action No.: 10-5599 (WJM/MF) |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), it is hereby stipulated and agreed by and between the plaintiffs and counterclaim defendants, Astellas US LLC and Astellas Pharma Inc. ("Astellas"), and defendant and counterclaimant Fougera Pharmaceuticals Inc. ("Fougera") that:

#17164911 v1

        1.      all claims asserted herein by Astellas against Fougera shall be dismissed without prejudice;

        2.      all claims asserted herein by Fougera against Astellas shall be dismissed without prejudice; and

        3.      with Astellas and Fougera each to bear their own costs and attorneys' fees.

So stipulated and agreed.

Dated: November 21, 2012

 

s/ John F. Brenner
John F. Brenner
PEPPER HAMILTON LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
Telephone: (609) 452-0808
Facsimile: (609) 452-1147

*Attorneys for Plaintiffs and Counterclaim Defendants Astellas US LLC and Astellas Pharma Inc.*

OF COUNSEL:

Charles E. Lipsey, Esq.
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190-5675
Telephone: (571) 203-2700
Facsimile: (571) 203-2777

Susan Haberman Griffen, Esq.
David P. Frazier, Esq.
Robert A. Pollock, Esq.
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Plaintiffs and Counterclaim
Defendants Astellas US LLC
and Astellas Pharma Inc.*

By:   s/Liza M. Walsh

Liza M. Walsh
Hector D. Ruiz
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500

*Attorneys for Defendant and Counterclaimant Fougera
Pharmaceuticals Inc.*

*Of Counsel*

William G. McElwain (*pro hac vice*)
Amy K. Wigmore (*pro hac vice*)
Jamie T. Wisz (*pro hac vice*)
Gregory H. Lantier (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000